**MIDWEST FEEDERS, INC., a Kansas corporation, Plaintiff-Appellant,**

v.

**REGIONS BANK (INC) (ALABAMA), an Alabama corporation, Defendant-Appellee.**

No. 16-16849

United States Court of Appeals, Eleventh Circuit.

(January 3, 2018)

Troy J. Aramburu, Snell & Wilmer, LLP, Salt Lake City, UT, John O'Brien, Scott Sandberg, Spencer Fane LLP, Denver, CO, for Plaintiff-Appellant

William James Holley, II, Trishanda L. Treadwell, Parker Hudson Rainer & Dobbs, LLP, Atlanta, GA, for Defendant-Appellee

Before TJOFLAT and JULIE CARNES, Circuit Judges, and BLOOM,* District Judge.

PER CURIAM:

Midwest Feeders appeals the District Court's grant of a motion to dismiss its complaint for failure to state a claim. After review, and with the benefit of oral argument, we conclude the complaint was properly dismissed because the facts of this case do not give rise to any claim asserted by Midwest Feeders.

For example, it is obvious that Midwest Feeders is not within the class of " '[p]erson[s] entitled to enforce' an instrument" within the meaning of O.C.G.A. § 11-3-301. Furthermore, its common law conversion claim is clearly preempted by O.C.G.A. § 11-3-420. *See Ownbey Enters., Inc. v. Wachovia Bank, N.A.*, 457 F.Supp.2d 1341, 1353–54 (N.D. Ga. 2006) (citing *Jacobs v. Metro Chrysler-Plymouth, Inc.*, 125 Ga. App. 462, 188 S.E.2d 250, 253 (1972)).

For these reasons, and for the additional reasons well described in the District Court's September 30, 2016 order dismissing the complaint, we affirm.

**AFFIRMED.**